FIRST NATIONAL BANK & TRUST COMPANY OF MINNEAPOLIS, Appellant, v. Fendall G. WINSTON, Jr., as Guardian, etc., et al.

No. 10987.

Circuit Court of Appeals, Eighth Circuit.

Aug. 28, 1937.

Clark R. Fletcher, James E. Dorsey, John Junell, Leavitt R. Barker, and Joseph H. Colman, all of Minneapolis, Minn., for appellant.

LeRoy Bowen and James I. Best, both of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed with prejudice, but without costs to either party in this court, per stipulation of parties.

Jack M. FISHMAN et al., Appellants, v. Edward. K. LOVE; Trustee, et al., Mortgage Creditors, etc.

No. 10895.

Circuit Court of Appeals, Eighth Circuit.

Aug. 16, 1937.

Sam Goldman, of St. Louis, Mo., for appellants.

Sylvan Agatstein, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed, per stipulation of parties, without costs to either party in this court.

Marshall GOWER v. UNITED STATES of America.

No. 1564.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1937.

Glenn O. Young, of Sapulpa, Okl., for appellant.

Chester A. Brewer, Asst. U. S. Atty., of Tulsa, Okl.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, for failure to prosecute, on motion of appellee.

Lester L. GRIFFITH et al., Appellants, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.

No. 10992.

Circuit Court of Appeals, Eighth Circuit.

Sept. 1, 1937.

Louis Kranitz, of St. Joseph, Mo., for appellants.

Frank P. Barker, of Kansas City, Mo., for appellee.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.